CERTIFICATE OF SERVICE

    I, Nicole M. Torrado, Assistant State's Attorney, hereby certify that the attached motion was served upon the person named above via electronic filing on March 23, 2009, as provided by CM/ECF.

                                                      S/ Nicole M. Torrado