**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

Danielle Bryant
                              Plaintiff,

v.                                                    Case No.: 1:09−cv−01546
                                                    Honorable Joan B. Gottschall

Sheriff of Cook County, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 9, 2009:

      MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held on 12/9/2009. Plaintiff's motion for summary judgment to be filed by 1/15/2010. Response due by 2/12/2010. Reply due by 2/26/2010.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.