**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Danielle Bryant
          Plaintiff,

v.                     Case No.: 1:09−cv−01546
                       Honorable Joan B. Gottschall

Sheriff of Cook County, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 7, 2010:

  MINUTE entry before Honorable Joan B. Gottschall:Motion to dismiss for lack of prosecution [32] is denied; Motion hearing held on 7/7/2010 regarding motion to dismiss/lack of prosecution[32]. Dispositive motions with supporting memoranda due by 8/4/2010. Status hearing set for 8/17/2010 at 09:30 AM. If dispositive motion is filed, status hearing set for 8/17/10 will be stricken. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.