**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIELLE BRYANT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 09 C 1546 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Joan Gottschall |
| SHERIFF OF COOK COUNTY and | ) | |
| COOK COUNTY ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
**WITHIN THE SAME FIRM**

To:  Thomas G. Morrissey, Esq.         Kenneth N. Flaxman, Esq.
     Thomas G. Morrissey, Ltd.         200 South Michigan
     10249 S. Western Ave.             Suite 1240
     Chicago, IL 60643                 Chicago, IL 60604-2430

**PLEASE TAKE NOTICE** that on July 20, 2010, Patrick S. Smith, an Assistant State's Attorney for Cook County assigned to the Conflicts Unit, withdrew his appearance for Defendants Thomas Dart, Sheriff of Cook County and Cook County, and Michael L. Gallagher, an Assistant State's Attorney for Cook County assigned to the Torts/Civil Rights Litigation Section, substituted his appearance for Defendants Thomas Dart, Sheriff of Cook County and Cook County,.

                                        ANITA ALVAREZ
                                        State's Attorney of Cook County

                                    By:   */s/ Michael L. Gallagher*
                                              Michael L. Gallagher
                                              Assistant State's Attorney
                                              Torts/Civil Rights Litigation Section
                                              500 Richard J. Daley Center
                                              Chicago, IL 60602
                                              (312) 603-3124

## **CERTIFICATE OF SERVICE**

      Michael L. Gallagher, Assistant State's Attorney, hereby certifies that, in accordance with Fed. R. Civ. P. 5. and LR 5.5 and the General Order on Electronic Case Filing (ECF), the Defendants' ***Notice of Withdrawal and Substitution of Counsel Within the Same Firm*** was served pursuant to the District Court's ECF system as to ECF filers to those listed below on July 20, 2010.

| | |
|---|---|
| Thomas G. Morrissey, Esq. | Kenneth N. Flaxman, Esq. |
| Thomas G. Morrissey, Ltd. | 200 South Michigan |
| 10249 S. Western Ave. | Suite 1240 |
| Chicago, IL 60643 | Chicago, IL 60604-2430 |

                                        */s/ Michael L. Gallagher*
                                        Michael L. Gallagher